UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GUCCI AMERICA, INC.,

                      Plaintiff,

-against-

VARIOUS JOHN DOES, JANE DOES,
and XYZ COMPANIES,

                      Defendants.

Civil Action No.

06 CV 5847 (TPG)

**ORDER EXTENDING THE TEMPORARY RESTRAINING ORDER, SEIZURE ORDER, EXPEDITED DISCOVERY ORDER, ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION, SUBSTITUTE CUSTODIAN ORDER, ORDER TEMPORARILY SEALING THE COURT FILE, AND ORDER CONFIRMING BOND DATED OCTOBER 12, 2006**

Upon the Complaint herein and the exhibits annexed thereto, and upon the previously filed moving declarations, including the declaration filed in support of application no. 4 for an *ex parte* temporary restraining order and seizure order, and the Memorandum submitted in support of the original application, and for good cause shown, it is hereby:

ORDERED, that, pursuant to Fed. R. Civ. P. 65 (b), the temporary restraining order, seizure order, expedited discovery order, order to show cause for preliminary injunction, substitute custodian order, order temporarily sealing the court file, and order confirming bond dated October 12, 2006, and issued at 2:15 p.m. on said date, is extended for the full additional period of time permitted under Rule 65(b).

Dated: New York, New York
        October 26, 2006

_____
UNITED STATES DISTRICT JUDGE